UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 3:24-cv-30012

| | |
|---|---|
| ROMAN CATHOLIC BISHOP OF SPRINGFIELD, a corporation sole,<br>    Plaintiff<br><br>vs.<br><br>CITY OF NORTHAMPTON, GINA-LOUISE SCIARRA, in her official capacity as mayor of the City of Northampton, JONATHAN FLAGG, in his official capacity as building commissioner of the City of Northampton, and MARTHA LYON, in her official capacity as chair of the historical commission of the City of Northampton<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

NOW COME the Defendants, City of Northampton, Gina-Louise Sciarra, in her official capacity as Mayor of the City of Northampton, Jonathan Flagg, in his official capacity as Building Commissioner of the City of Northampton and Martha Lyon, in her official capacity as Chair of the Historical Commission of the City of Northampton (collectively, "Petitioners"), by their attorney, and pursuant to 28 U.S.C. § 1441, *et seq*., state as follows:

1. The Petitioners exercise their rights under the provisions of 28 U.S.C. § 1441, *et seq.,* to remove this action from the Superior Court, Department of the Trial Court, Commonwealth of Massachusetts, Hampshire County, in which this case is now pending under the name and style: *Roman Catholic Bishop of Springfield vs. City of Northampton, et al,* Docket No. 2480CV00002.

661542

2. This is an action in which the district courts of the United States have been given original jurisdiction in that it arises under the laws of the United States as provided in 28 U.S.C. § 1331.

3. This action was filed on or about January 9, 2024. The complaint was served on Petitioners on or about January 9, 2024. In accordance with the requirements of 28 U.S.C. § 1446, this Notice of Removal is filed within thirty (30) days after service of the complaint upon the aforementioned Petitioners.

4. Pursuant to 28 U.S.C. § 1446, the Petitioners are filing contemporaneously with this Notice of Removal copies of the following served upon or by the Defendants in this action (attached hereto as <u>Exhibit A,</u> <u>Exhibit B</u>, <u>Exhibit C</u>, <u>Exhibit D</u>, <u>Exhibit E</u>, <u>Exhibit F</u> and <u>Exhibit G</u>, respectively):

   A. Civil Action Cover Sheet;
   
   B. Complaint;
   
   C. Tracking Order;
   
   D. Summonses and Order of Notice;
   
   E. Plaintiff's Request for Short Order of Notice and Endorsement;
   
   F. Notice of Appearance of Nancy Frankel Pelletier, Esq.; and
   
   G. Notice of Appearance of David S. Lawless, Esq.

5. Based on the foregoing, the Petitioners respectfully request that this action be removed from the Superior Court, Department of the Trial Court, Commonwealth of Massachusetts, Hampshire County, to the United States District Court for the District of Massachusetts, Western Division, the District and Division where the action is pending.

6. Written notice of the filing of this Notice will be given to the adverse party.

7. A copy of this petition will be filed with the clerk of the Superior Court Department, Hampshire County.

WHEREFORE, the Petitioners respectfully request that this action be removed to this Court and that this Court accept jurisdiction of this action and that this action be placed on the docket of this Court for further proceedings, as though this action had originally been instituted in this Court.

                              RESPECTFULLY SUBMITTED

                              THE DEFENDANTS,
CITY OF NORTHAMPTON, GINA-LOUISE SCIARRA, in her official capacity as Mayor of the City of Northampton, JONATHAN FLAGG, in his official capacity as Building Commissioner of the City of Northampton and MARTHA LYON, in her official capacity as Chair of the Historical Commission of the City of Northampton

Dated: January 17, 2024        By    */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq., BBO No. 544402
David S. Lawless, Esq., BBO #664754
Robinson Donovan, P.C.
1500 Main Street, Suite 2300
Springfield, Massachusetts 01115
Phone (413) 732-2301; Direct Fax (413) 452-0342
npelletier@robinsondonovan.com
dlawless@robinsondonovan.com

661542

## CERTIFICATE OF SERVICE

I, Nancy Frankel Pelletier, Esq., hereby certify that on this 17th day of January, 2024, I served a copy of the above in the action by <u>emailing</u> to counsel:

John J. Egan, Esq.
EGAN, FLANAGAN and COHEN, PC
67 Market Street-PO Box 9035
Springfield, MA 01102-9035
jje@efclaw.com

*Signed under the pains and penalties of perjury.*

*/s/ Nancy Frankel Pelletier, Esq.*
Nancy Frankel Pelletier

661542